SARA WOLFE, TRADING AS WOLFE'S LOAN OFFICE, PLAINTIFF-APPELLANT, v. THE MAYOR AND ALDERMEN OF JERSEY CITY AND LUKE BURKE, PROPERTY CLERK OF JERSEY CITY, DEFENDANTS-RESPONDENTS.

Decided March 14, 1925.

·On petition for a rehearing and a reargument and for other relief stated.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the petitioner, *Herman Lipschitz.*

*Contra, Thomas J. Brogan.*

PER CURIAM.

The above-mentioned petition having been read and considered the same is hereby denied.